IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL ARTHUR STRICKLIN, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:22cv00001 |
| v. | ) | **MEMORANDUM OPINION** |
| SHERIFF DAVID K. BELL, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

Plaintiff Paul Arthur Stricklin, a former inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. After filing this action, Stricklin advised the court that he had been released from incarceration. (*See* ECF No. 10.) By order entered April 25, 2022, the court advised Stricklin that, because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 11.) The court ordered Stricklin to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Stricklin that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) Stricklin did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

The clerk is directed to forward copies of this Memorandum Opinion and the accompanying Order to Stricklin.

**ENTERED** this 10th day of May, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE